# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TORRANCE COTTON**                                                               **PETITIONER**

v.                        **CASE NO. 2:23-CV-00231-BSM**

**C. GARRETT**                                                                   **RESPONDENT**

## **ORDER**

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted and Torrance Cotton's amended petition for writ of habeas corpus [Doc. No. 3] is dismissed without prejudice as moot.

IT IS SO ORDERED this 29th day of February, 2024.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE