IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TORRANCE COTTON                                                         PETITIONER

v.                              CASE NO. 2:23-CV-00231-BSM

C. GARRETT                                                              RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE